IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Barrington Strickland

vs.

United States District Court For the Eastern District of Pennsylvania

MAR 21 2022

CRIMINAL/CIVIL ACTION NO.

90-CR-296/91-CR-35

## REQUEST

I Barrington Strickland humbly Reqest Exspongement of these to cases For me to Travel

PRINTED NAME: Barrington Strickland
ADDRESSS: 406 East 93rd street
Brooklyn N.Y. 11212 1R
gullyside42@yahoo.com
SIGNATURE: Barrington Strickland
DATE: 03/21/2022

03/2019